ROBSION, Movant, v. EDWARDS MOTOR COMPANY, Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 17, 1935.)

FLEM D. SAMPSON and J. M. ROBSION for movant.

HIRAM H. OWENS, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

SOUTHEASTERN TELEPHONE COMPANY, Movant, v. PAYNE,
Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 17, 1935.)

H. C. CLAY for movant.

C. R. LUKER, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

BLACK STAR COAL COMPANY et al., Movants, v. REECE,
Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 20, 1935.)

J. B. SNYDER for movant.

GOLDEN, LAY & GOLDEN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.